ALAN M. SALKOW, SBN 41549
SHERMAN & SALKOW
A Professional Corporation
11601 Wilshire Boulevard, Suite 675
Los Angeles, California 90025
Tel. 310-914-8484    Fax. 310-914-0079

Attorneys for Plaintiff

ENTER JS-6 P SEND

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 2 9 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
OCT - 2 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIA SANCHEZ, a minor, by and through her Guardian ad Litem, GEORGINA GARCIA, <br><br> Plaintiff <br> -vs- <br><br> KOMATSU FORKLIFT USA, INC., and DOES 1 to 25, <br><br> Defendant. | CASE NO. CV-05-07661-MMM(CWx) <br><br> **ORDER APPROVING COMPROMISE OF MINOR'S CLAIM** <br><br> *[Hon. Margaret Morrow, District Judge]* <br><br> *[Assigned to Magistrate Judge Carla Woehrle for Discovery]* |

1. Petitioner, Georgina Garcia, has petitioned for Court approval of a proposed compromise of a disputed claim of her minor daughter, Tania Sanchez.

2. The claim to be compromised is asserted against Komatsu Forklift USA, Inc. and DOES 1 through 25.

3. THE COURT ORDERS:

    a. The Petition is granted and the proposed compromise of the claim and proposed distribution of proceeds is approved. The gross amount of the settlement in favor of the minor claimant, Tania Sanchez, is $830,000.00.

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d)

-1-

ORDER APPROVING COMPROMISE OF MINOR'S CLAIM

b. That defendant, Komatsu Forklift USA, Inc. and their insurers pay the following amount:

    1. $247,000 to Sherman & Salkow, attorneys for said minor, including full settlement of the attorney's claim for compensation, services, and expenses, including full payment and satisfaction of the worker's compensation lien of Motor Cargo, Inc.

c. Future periodic payments in the following amounts and on the following dates:

For the benefit of Tania Sanchez (payee will be determined by the Court):

$2,500 paid monthly, guaranteed for 1 year and 9 months commencing on 11/01/2006 with the last payment on 7/1/2008;

$3,000 paid monthly, guaranteed for 8 years, commencing on 7/10/2008 with the last payment on 6/10/2016;

$3,500 paid monthly, guaranteed for 4 years and 1 month, commencing on 1/16/2017 with the last payment on 1/16/2021.

To Tania Sanchez:

$25,000 payable semi-annually, guaranteed for 5 years commencing on 1/16/2021, with the last guaranteed payment on 7/16/2025;

$100,000 guaranteed lump sum payment on 1/16/2028;

$100,000 guaranteed lump sum payment on 1/16/2033;

$274,000 guaranteed lump sum payment on 1/16/2038.

4. It is understood that defendant and their insurers may enter into a Qualified Assignment under Section 130 of the Internal Revenue Code with Hartford CEBSCO, the assignee of these future periodic obligations, for a consideration of $583,000. If such an assignment is made, the Assignee shall fund its obligation for such periodic payments by the purchase of an annuity contract from Hartford Life Insurance Company, rated A+XV by AM Best, and in accordance with the terms of said assignment, the Assignee shall be substituted as obligor of such payments for Defendants/insurers who shall be released from any further obligation to make future periodic payments.

5. The beneficiary for the minor payee shall be her Estate. Upon reaching the age of majority, the payee may request a change in beneficiary in writing and delivered to the assignee. No such designation, nor any subsequent request for change of beneficiary shall be effective unless it is in writing and delivered to Assignee.

6. The petitioner is authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the settlement, including any final release and discharge of any and all claims and demands of the minor claimant by reason of the incident described in the petition and the resultant damages to the claimant and a properly executed dismissal with prejudice.

Dated: **September 29, 2006**   BY: _____
Hon. Margaret Morrow
District Judge

-3-
ORDER APPROVING COMPROMISE OF MINOR'S CLAIM