LODGED

**CLOSED**

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 11 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEP

SCAN

1  ALAN M. SALKOW, SBN 41549
   SHERMAN & SALKOW
2  A Professional Corporation      2006 OCT 10 PM 3:05
   11601 Wilshire Boulevard, Suite 675
3  Los Angeles, California 90025   CLERK U.S. DISTRICT COURT
   Tel. 310-914-8484  Fax. 310-914-0079  CENTRAL DIST. OF CALIF.
4                                         LOS ANGELES

   Attorneys for Plaintiff          BY _____

LAW OFFICES
SHERMAN & SALKOW
A PROFESSIONAL CORPORATION
11601 Wilshire Blvd., Suite 675
Los Angeles, CA 90025
Telephone (310) 914-8484

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIA SANCHEZ, a minor, by and through her Guardian ad Litem, GEORGINA GARCIA,<br><br>Plaintiff<br>-vs-<br><br>KOMATSU FORKLIFT USA, INC., and DOES 1 to 25,<br><br>Defendant. | CASE NO. CV-05-07661-MMM(CWx)<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>*[Hon. Margaret Morrow, District Judge]*<br><br>*[Assigned to Magistrate Judge Carla Woehrle for Discovery]* |

AND NOW THIS  11th  day of  October , 2006, it is hereby STIPULATED, ORDERED, ADJUDGED and DECREED pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(ii), that the claims in the Complaint in the above captioned matter are hereby dismissed with prejudice, with each side to bear their own costs and counsel fees.

///

///

///

///

DOCKETED ON CM

OCT 25 2006

BY _____

-1-
STIPULATION AND ORDER OF DISMISSAL

This Stipulation is filed on behalf of all defendants who have appeared in the above captioned matter, that being KOMATSU FORKLIFT USA, INC., against whom the claims in the Complaint shall be dismissed in their entirety by the Court's approval of this Stipulation.

SHERMAN & SALKOW
A Professional Corporation

Dated: October 9, 2006    By: /s/ Arthur Sherman
ARTHUR SHERMAN
Attorneys for Plaintiffs
11601 Wilshire Blvd., Suite 675
Los Angeles, CA 90025

DYKEMA GOSSETT LLP

Dated: October 9, 2006    By: /s/ Tamara Husbands
TAMARA HUSBANDS
Attorneys for Defendant
333 S. Grand Ave., Suite 2100
Los Angeles, CA 90071

**ORDER**

APPROVED AND SO ORDERED.

Dated: 10-11-06    By: /s/ Margaret M. Morrow
HON. MARGARET MORROW
United States District Judge

-2-
STIPULATION AND ORDER OF DISMISSAL

## PROOF OF SERVICE

(Fed.R.Civ.P. §5)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, California 90071.

On October 10, 2006, I served the foregoing document described as **STIPULATION AND ORDER OF DISMISSAL** on all interested parties in this action as follows:

| | |
|---|---|
| Alan M. Salkow, Esq.<br>SHERMAN & SALKOW, APC<br>11601 Wilshire Boulevard, Suite 675<br>Los Angeles, California 90025 | Brian W. Collins, Esq.<br>1980 Orangetree Lane, Suite 105<br>Redlands, California 92374 |
| Keith Walden, Esq.<br>Spray Gould & Bowers LLP<br>15139 Woodlawn Ave.<br>Tustin, CA 92780 | |

☒ **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing on affidavit.

☐ **(By FEDERAL EXPRESS)** an overnight courier service.

☐ BY FAX: In addition to service by mail, I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown above.

☐ (State) I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

☒ (Federal) I declare that I employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 10, 2006 in Los Angeles, California.

_____
David W. Crosby

PAS01\32047 1
ID\SHV